IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

EDDIE FAULK, JR.,                    )
                                     )
            Plaintiff,               )
                                     )
     v.                              )        CASE NO. 2:18-CV-467-WKW
                                     )                [WO]
DALE COUNTY JAIL and                 )
WALLY OLSON,                         )
                                     )
            Defendants.              )

## ORDER

On May 10, 2018, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 5.) Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that the Recommendation (Doc. # 5) is ADOPTED. Accordingly, it is ORDERED that all claims against Defendant Dale Count Jail are DISMISSED with prejudice, that Defendant Dale County Jail is dismissed as a defendant in this action, and that this action is referred back to the Magistrate Judge for additional proceedings.

DONE this 7th day of June, 2018.

                              /s/ W. Keith Watkins
            CHIEF UNITED STATES DISTRICT JUDGE